```
                IN THE UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF HAWAII

J. ALEXANDER INVESTMENTS, INC., )   CIVIL NO. 08-420 HG-BMK
                                )
          Plaintiff,            )
                                )
     vs.                        )
                                )
PHILLIP ANDREW IRONS, MICHAEL   )
ZAPARA, JEFFREY ULDRICKS,       )
TRICIA CASTILLO-DE FORGE, U.S.  )
FINANCIAL MORTGAGE CORP., JOHN  )
DOES 1-10, JANE DOES 1-10, DOE  )
CORPORATIONS 1-10, DOE          )
PARTNERSHIPS 1-10, GOVERNMENTAL )
ENTITIES 1-10,                  )
                                )
          Defendants.           )
                                )
_____ )
```

ORDER ADOPTING MAGISTRATE'S FINDINGS AND
RECOMMENDATION (DOC. NO. 239) THAT DEFENDANT PHILIP ANDREW
IRONS' BILL OF COSTS BE GRANTED (DOC. NO. 230) AS AMENDED

Findings and Recommendation having been filed on March 18, 2011, and served on March 18, 2011 upon those parties of record who, as Registered Participants of CM/ECF, received the document electronically, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation that Defendant Philip Andrew Irons's Bill of Costs be Granted" (Doc. No. 239) is adopted as the opinion and order of this Court with the following modification:

On page 2, starting at paragraph 3 through the remainder of

the order, it shall read as follows:

In Plaintiff's combined Opposition to Defendant's Motion for Attorneys' Fees and Bill of Costs, Plaintiff argues first that James Alexander should not be personally liable for the debts of named Plaintiff, J. Alexander Investments, Inc. The Court denied the request for the substitution of James Alexander for Plaintiff at hearing held on August 13, 2009. (Doc. 45.) The issue is closed. The Court also denies Plaintiff's second and third arguments: (2) the request for fees and costs should be denied because Defendant passed away during the pendency of this case, and (3) the request for attorneys' fees is unreasonable. (Doc. 235.) Plaintiff does not raise any specific objections to the merits of Defendant's Bill of Costs. The Court finds and recommends that Defendant's Bills of Costs for $3,799.12 be **GRANTED** in full.

IT IS SO ORDERED.

DATED: April 8, 2011, Honolulu, Hawaii.

/S/ Helen Gillmor
_____
Helen Gillmor
United States District Judge

2